

# United States District Court
# Eastern District of California

| ANNTONETTE SARTORI, | Case Number: 1:22-CV-00027-JLT-BAK (SKO) |

Plaintiff(s)

V.

THOMSON INTERNATIONAL INC.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joshua Andrew Fensterbush hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Anntonette Sartori, plaintiff

On 09/28/2016 (date), I was admitted to practice and presently in good standing in the Supreme Court and all WA state courts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

See attached list of applications made concurrently on   to this court

Date: 08/10/2022          Signature of Applicant: /s/ Joshua A. Fensterbush

**Pro Hac Vice Attorney**

Applicant's Name: Joshua Andrew Fensterbush

Law Firm Name: Marler Clark LLP PS

Address: 1012 1st Avenue, 5th Floor

City: Seattle   State: WA   Zip: 98104-1008

Phone Number w/Area Code: (206) 346-1898

City and State of Residence: Federal Way, WA

Primary E-mail Address: jfensterbush@marlerclark.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Craig Murphy

Law Firm Name: Murphy & Murphy

Address: 4482 Market Street, Ste 407

City: Ventura   State: CA   Zip: 93003

Phone Number w/Area Code: (805) 330-3393   Bar #: CA 314526

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/15/2022

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT